STATE OF CONNECTICUT *v.* MICHAEL RICKETTS

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 749 (AC 13178), is denied.

*Richard Emanuel,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided June 19, 1995

ANTHONY G. APICELLA ET AL. *v.* CONNECTICUT
ATTORNEYS TITLE INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 37 Conn. App. 935 (AC 13505), is denied.

*Douglas J. Apicella,* in support of the petition.

*Paul T. Edwards* and *Craig A. Fontaine,* in opposition.

Decided June 19, 1995

CONCERNED CITIZENS OF WILLINGTON ET AL. *v.*
DEPARTMENT OF ENVIRONMENTAL
PROTECTION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 14423) is denied.

BERDON, J., dissenting. I disagree and would grant certification to appeal on the following issue: "Did the Appellate Court improperly dismiss as moot this appeal from the issuance of certain environmental permits when (1) the mootness claim was based solely on the defendant developer's destruction, while the appeal was pending, of the natural resources the plaintiffs had